# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 599 EAL 2014
:
          Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.           :
:
:
:
CORDERO SMITH,      :
:
          Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.